UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                      **CASE NO. 4:07-CR-034-SPM**

**THEODORE HARRIS and
JOHN DANIELS,**

    **Defendants.**
_____/

### ORDER SETTING PRETRIAL DEADLINES

**THIS CAUSE** comes *sua sponte* before the Court. Having a substantial number of jury trials scheduled for Monday, June 18, 2007, the Court finds it advisable to set certain deadlines for all parties. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. If the case is not ready for trial on June 18, 2007, defense counsel shall file a motion to continue on or before ***June 4, 2007***.

2. If the case is ready to proceed to trial on June 18, 2007, then the Government and defense counsel shall file with the Court on or before ***June 4, 2007*** the following:

    a. witness and exhibit lists, to include the substance of each witness's testimony and the anticipated length of that testimony;

    b. a stipulated verdict form and set of jury instructions. If there are areas of disagreement, each side shall set forth its

        proposed instruction(s) with written argument in support of the instruction(s); and

c.     any motions in limine, or a statement that no motions are anticipated at the current time.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of May, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge