UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                                                          CASE NO.  4:07-CR-034-SPM

**THEODORE HARRIS and
JOHN DANIELS,**

    **Defendants.**
_____/

### ORDER OF REFERENCE FOR PLEA PROCEEDINGS AS TO DEFENDANT DANIELS BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has been informed that defendant John Daniels in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned criminal case, as to defendant John Daniels, be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this twelfth day of June, 2007.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge