IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                          CASE NO. 4:07-CR-34-SPM-1

JOHN DANIELS,

    Defendant.

_____/

**ORDER DENYING MOTION TO TERMINATE PROBATION**

**THIS CAUSE** comes before the Court upon Defendant's Motion for Early Termination of Probation (doc. 70) and the Government's Response in Opposition (doc. 71). As grounds, Defendant states that he has successfully completed his community service and learned his lesson.

On November 19, 2007, the Defendant was sentenced to five years probation with one year of home confinement pursuant to his plea of guilty to five counts involving obstruction of justice and making false statements. 18 U.S.C. § 3564(c) permits a court to terminate probation early based upon factors considered in § 3553(a)–the very same factors utilized in imposing sentence. There is general agreement that "the early termination of probation is a decision

entrusted to the sound discretion of the District Court and is warranted only in cases where the defendant demonstrates changed circumstances, such as exceptionally good behavior." United States v. Caruso, 241 F. Supp. 2d 466, 468 (D.N.J. 2003) (*citing* United States v. Atkin, 38 Fed. Appx, 196 (6th Cir. 2002) (citing United States v. Lussier, 104 F.3d 32, 36 (2d Cir. 1997))).

Second, most courts addressing the issue have held that "compliance with the terms of supervised release and with the law alone are not enough to warrant early termination." Paterno, 2002 WL 1065682, at *2 (*citing* United States v. Hardesty, 2002 WL 731705 (D.Kan. Apr. 2, 2002)). While the Defendant has complied with the terms of his probation, which is commendable, "that is ultimately what is expected of him." United States v. Herrera, 1998 WL 684471, at *2 (S.D.N.Y. Sept. 30, 1998). Defendant has not cited facts sufficient to warrant early termination of his probation.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Terminate Probation (doc. 70) is hereby *denied*.

**DONE AND ORDERED** this <u>first</u> day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge